IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00192-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW JAMAIL SEWELL,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:         (303) 294-1192
Email:       David_Kraut@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Alecia Lynne Riewerts, Assistant United States Attorney
    E-mail:  Alecia.Riewerts@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Matthew Jamail Sewell  (via U.S. mail)

                              *s/ David Kraut*
                              DAVID KRAUT
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:    (303) 294-7002
                              FAX:              (303) 294-1192
                              Email:            David_Kraut@fd.org
                              Attorney for Defendant